UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00836-MOC

| | | |
|---|---|---|
| **NIKKI T. THOMAS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **NANCY A. BERRYHILL, Acting Commissioner** | ) | |
| **of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Amended Order (#23) of the Court of Appeals for the Fourth Circuit, remanding this matter with instructions that this Court in turn remand the matter to the Commissioner for such further administrative proceedings as may be appropriate. In conformity with the appellate court's Mandate (#24), this Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that, in conformity with those instructions, the Commissioner's Motion for Summary Judgment is **DENIED**, the plaintiff's Motion for Summary Judgment is **GRANTED**, and this matter is **REMANDED** to the Commissioner for such further administrative proceedings as may be appropriate in light of the Amended Order of the Court of Appeals for the Fourth Circuit and its Mandate.

Signed: March 13, 2019



1